## ADAMS v. KELLOGG.

Petitions for new trial must be brought in the county where the trial was had.

PETITION for a new trial in a cause appealed from probate, and heard and determined at Hartford, in Hartford county.

Plea in abatement, among other exceptions — That the petition ought to be brought to the court in the county where the original cause was tried. The plea was judged sufficient.